In the Matter of the CITY OF NEW YORK, Relative to Acquiring a Temporary Easement Required for the Brooklyn-Battery Tunnel by the New York City Tunnel Authority. (Proceeding No. 2.) CITY OF NEW YORK, Appellant; FIORENZA VENDA et al., Respondents.— On appeal by the City of New York from so much of a final decree as contains awards for Damage Parcels numbers C-4 and C-7, decree modified on the facts by reducing the award for Damage Parcel C-4 from $4,000 to $2,500, and for Damage Parcel C-7 from $13,500 to $8,500. As so modified, the decree, insofar as appealed from, is unanimously affirmed, without costs. Findings of fact inconsistent herewith are reversed. On all the credible evidence, the awards, as modified, constitute the fair value of the improvements and of the rental value of the land for four months, as of the time of vesting on August 19, 1942. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

In the Matter of the Accounting of J. WALTER McCLANCY, as Executor of STEPHEN McCLANCY, Deceased. MORRIS PLAN INDUSTRIAL BANK OF NEW YORK et al., Appellants; J. WALTER McCLANCY, as Executor of STEPHEN McCLANCY, Deceased, et al., Respondents.— Decree of the Surrogate's Court of the County of Queens decreeing that the share of one of the residuary legatees be paid to the Commissioner of Welfare of the City of New York on account of his claim and not in payment of the assignment of that legatee's share to the appellants, insofar as appealed from, unanimously affirmed, with costs to respondents filing briefs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [182 Misc. 866.] [See *post*, p. 987.]

In the Matter of the Estate of ALBERTIS SAMMIS, Deceased. ETHEL L. SAMMIS, as Administratrix of the Estate of ALBERTIS SAMMIS, Deceased, Respondent; BETTER HOMES REALTY COMPANY, INC., Appellant, and ELLA OST et al., Respondents.— Appeal from a resettled order granting the motion of petitioner-administratrix and of the special guardian, appointed on behalf of the infant children of the decedent, to strike from appellant's answer the first defense and counterclaim, and the second defense, as insufficient in law. Order of the Surrogate's Court, Suffolk County, affirmed, with one bill of ten dollars costs and disbursements to respondents filing briefs. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.